UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS,

                    Plaintiff,

              - against -                          22-cv-10217 (JGK)

                                                   ORDER
LEONARDO FURNITURE, LTD.,

                    Defendant.

JOHN G. KOELTL, District Judge:

       The time to respond to the complaint is extended to

**February 28, 2023.** If the defendant fails to respond by that

date, the plaintiff may move by order to show cause for a

default judgment by **March 10, 2023.** If the plaintiff fails to

move for a default judgment by that date, the case will be

dismissed without prejudice for failure to prosecute.

       The conference scheduled for **March 14, 2023** is **canceled.**

SO ORDERED.

Dated:     New York, New York
           February 14, 2023

                                    John G. Koeltl
                              United States District Judge