**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
KEVIN YAN LUIS, on behalf of himself    Case No. 1:22-CV-10217-JGK
and all others similarly situated,
                              Plaintiffs,

                                                          **NOTICE OF VOLUNTARY**
                                                          **DISMISSAL**
                    -against-                      **WITH PREJUDICE**

LEONARDO FURNITURE, LTD.
                          Defendant.
-----------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
          March 13, 2023

                                                                               Respectfully Submitted,

                                                                               */s/ Noor A. Saab*
                                                                               By: Noor A. Saab Esq.
                                                                               *Attorney for Plaintiff*
                                                                               380 North Broadway, Ste 300
                                                                               Jericho, New York 11753
                                                                               Tel: 718-740-5060
                                                                               Email: NoorASaabLaw@Gmail.com